Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Gary Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAMIREZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 25,<br><br>    Defendants. | **CASE NO.: 5-22-cv-00372-JWH(SPx)**<br><br>Honorable Judge John W. Holcomb<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: December 14, 2021<br>Trial Date: August 28, 2023 |

- 1 -
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1  PLEASE TAKE NOTICE that all claims between all Parties in this matter have been resolved. The Parties are currently preparing the settlement paperwork. The Parties anticipate filing a Stipulation for Dismissal and Order Thereon on or before May 1, 2023.

Dated: March 7, 2023

_____
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Gary Ramirez