Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Gary Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 25,<br><br>Defendants. | **CASE NO.: 5-22-cv-00372-JWH(SPx)**<br><br>Honorable Judge John W. Holcomb<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 14, 2021<br>Trial Date: August 28, 2023 |

- 1 -
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

On or about December 14, 2021, Plaintiff Gary Ramirez filed a Complaint in Superior Court of the State of California for the County of San Bernardino.

Defendant Target Corporation removed the Action to this Court.

Pursuant to Federal Rule of Civil Procedure, Rule 41, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: April 2, 2023

_____
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Gary Ramirez

Dated: April 27, 2023

_____
Judy M. Iriye
Vanessa M. Cohn
Devon S. Mills
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Target Corporation